IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEAVE OF ABSENCE REQUEST | ) | CASE NO.: CR 115-106 |
| | ) | |
| ALEX M. BROWN | ) | |
| April 6, 2016 | ) | |
| April 19, 2016 – May 2, 2016 | ) | |
| May 19, 2016 – May 20, 2016 | ) | |
| June 3, 2016 – June 6, 2016 | ) | |
| July 25, 2016 – August 12, 2016 | ) | |
| August 18, 2016 – August 19, 2016 | ) | |
| October 31, 2016 – November 8, 2016 | ) | |
| December 16, 2016 – December 30, 2016 | ) | |
| January 5, 2017 – January 6, 2017 | ) | |
| March 9, 2017 – March 13, 2017 | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by Alex M. Brown in the above-cited case as counsel for Defendant, DEMOND COBB, for April 6, 2016, April 19, 2016 through May 2, 2016 and May 19, 2016 through May 20, 2016, June 3, 2016 through June 6, 2016, July 25, 2016 through August 12, 2016, August 18, 2016 through August 19, 2016, October 31, 2016 through November 8, 2016, December 16, 2016 through December 30, 2016, January 5, 2017 through January 6, 2017 and March 9, 2017 through March 13, 2017 for vacation outside of the District and for prior commitments, the same is hereby GRANTED.

Respectfully submitted this 30th day of March, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA